IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 MAR 16 AM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 16 1999

ROYCE N. PRIVETT,           )
                            )
        Plaintiff,          )
                            )
vs.                         )  CV 98-AR-0897-S
                            )
LAMAR WILLIAMSON, et al.,   )
                            )
        Defendants.         )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 1, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on March 9, 1999.

Plaintiff set forth seven claims in his complaint. The magistrate judge found that plaintiff had failed to allege sufficient facts to state a claim upon which relief could be granted with regard to all seven claims. The magistrate judge also found that two of the defendants were entitled to absolute immunity from damages liability. While plaintiff makes additional allegations in his objections, those allegations are not sufficient to cure the deficiencies of his original complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this 16th day of March, 1999.

*William M. Acker, Jr.*
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE